G & T TERMINAL PACKAGING CO., INC., et al., Appellants, v WESTERN GROWERS ASSOCIATION et al., Respondents.

Submitted December 22, 2008; decided February 11, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GOLDEN GATE YACHT CLUB, Appellant, v SOCIÉTÉ NAUTIQUE DE GENÈVE, Respondent, and CLUB NÁUTICO ESPAÑOL DE VELA, Intervenor-Defendant.

Submitted January 20, 2009; decided February 11, 2009

Motion by Royal Thames Yacht Club Limited et al. for leave to file a brief amici curiae on the appeal herein dismissed as untimely (see Rules of Ct of Appeals [22 NYCRR] § 500.23).